UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| CINCINNATI INSURANCE COMPANY,<br><br>PLAINTIFF<br><br>vs.<br><br>LASKER, INC.<br>LASKER GROUP, INC.<br>VERNON LASKER<br>ARLENE LASKER<br>GREGORY C. LASKER<br>ROSA LASKER<br><br>DEFENDANTS | **CONSENT AND AGREED JUDGMENT OF GREGORY C. LASKER, ROSA LASKER, LASKER GROUP, INC. AND LASKER, INC.**<br><br>Civil Action No. 4-04 CV 002251 GTE |

**CONSENT JUDGMENT OF GREGORY C. LASKER, ROSA LASKER, LASKER GROUP, INC. AND LASKER, INC. ONLY**

Come now the Plaintiff the Cincinnati Insurance Company ("Cincinnati") and the Defendants, Lasker, Inc., Lasker Group, Inc., Gregory C. Lasker, and Rosa Lasker, hereinafter collectively referred to as "Indemnitors," unless the context requires otherwise, and consenting to the entry of Judgment against them state as follows:

1. Indemnitors do admit each and every allegation contained in Plaintiff's Complaint as if fully restated herein and do hereby consent to the entry of a Judgment against them.

2. Indemnitors further acknowledge that on August 4, 2004, the Lasker Group, Inc. and Lasker, Inc. did execute a document styled "Assignment From Principal to Surety of Contract Rights and Proceeds" in which they assigned to Cincinnati the rights

and proceeds from the contracts on which Cincinnati had issued bonds on the behalf of Lasker, Inc. and the Lasker Group, Inc.

3. That Greg Lasker on behalf of Lasker, Inc. and the Lasker Group, Inc. submitted an application for payment and received contract funds ~~previously~~ *and* assigned to Cincinnati from the United States Corps of Engineers in the amount of $106,500.00 of which only $20,000 was used to pay creditors on the designated project.

4. That Cincinnati be and hereby is awarded a judgment against the Indemnitors, jointly and severally, in the amount of $798,896.18 with interest thereon at the maximum allowable rate from December 8, 2004 until paid in full;

5. That Cincinnati is hereby awarded judgment in the amount of any and all costs, expenses and attorney's fees that it incurs in any legal action arising out of the actions alleged in the Complaint, including but not limited to Cincinnati Insurance Company v. United States of America No. 05-751C now pending before the United States Court of Federal Claims.

6. Cincinnati is hereby awarded judgment against the Indemnitors, jointly and severally in the amount of any judgments that may be levied in the future against Cincinnati arising out of the actions alleged in the Complaint.

7. Cincinnati is hereby awarded judgment against the Indemnitors, jointly and severally, for its costs incurred herein, presently;

8. Cincinnati is hereby awarded judgment against Indemnitors, jointly and severally, for its reasonable attorney's fees incurred herein and hereinafter in collection of this debt;

9. Should the Indemnitors file a proceeding in Bankruptcy, Cincinnati reserves the right to file an adversary proceeding or any other necessary filing based upon the allegations in the underlying Complaint or any other claim available to Cincinnati against the Indemnitors, and nothing in this Judgment shall preclude Cincinnati from exercising said right.

IT IS HEREBY ORDERED that the aforementioned Agreed and Consent Judgment be and is hereby entered by this Court on this the 30th day of ~~September~~ November, 2005.

This is a final and appealable Order and there exists no just cause for delay of its entry or execution.

_____
JUDGE

_____
DATE   November 30, 2005

**HAVE SEEN AND AGREED:**

*[signature]*
Gregory C. Lasker
190 Skunk Hollow Road
Conway, AR 72032

*[signature]*
Rosa Lasker
190 Skunk Hollow Road
Conway, AR 72032


The Lasker Group, Inc.
Gregory C. Lasker - President
412 Sturgis Road
Conway, AR 72032


Lasker, Inc.
Vernon Lasker - President
412 Sturgis Road
Conway, AR 72032

HAVE SEEN AND AGREED:

_____
Gregory C. Lasker
190 Skunk Hollow Road
Conway, AR 72032

_____
Rosa Lasker
190 Skunk Hollow Road
Conway, AR 72032

_____
The Lasker Group, Inc.
Gregory C. Lasker - President
412 Sturgis Road
Conway, AR 72032

*/s/ Vernon Lasker*
Lasker, Inc.
Vernon Lasker - President
412 Sturgis Road
Conway, AR 72032

HAVE SEEN AND AGREED:

_____
Gregory C. Lasker
190 Skunk Hollow Road
Conway, AR 72032

_____
Rosa Lasker
190 Skunk Hollow Road
Conway, AR 72032

_____  11/21/05
The Lasker Group, Inc.
Gregory C. Lasker - President
412 Sturgis Road
Conway, AR 72032

_____
Lasker, Inc.
Vernon Lasker - President
412 Sturgis Road
Conway, AR 72032